```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
U.S. COMMODITY FUTURES TRADING                              :
COMMISSION,                                                 :
                                                            :
                                        Plaintiff,          :
                        v.                                  :
                                                            :
CTI GROUP, LLC, COOPER TRADING,                             :
STEPHEN CRAIG SYMONS, and JAMES                             :
DAVID KLINE,                                                :
                                                            :
                                        Defendants.         :
                                                            :
    and                                                     :
                                                            :
SNONYS, INC. and DRAGONFYRE MAGICK                          :
INCORPORATED,                                               :
                                                            :
                                        Relief Defendants.  :
                                                            :
                                                            :
------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/02/2013 |

12 Civ. 3754 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      WHEREAS on November 22, 2013, the Court entered an order: (a) extending the discovery deadline up to and including December 13, 2013 for the limited purpose of allowing Plaintiff to take the deposition of Defendant James Kline and to take the deposition of Kevin Symons by remote means; and (b) revising the summary judgment briefing schedule;

      WHEREAS on December 2, 2013, the Court received a letter from the U.S. Commodity Futures Trading Commission (the "Commission") informing the Court that all Defendants and Relief Defendants have executed a Consent Order to resolve the Commission's claims against them.

WHEREAS the Commission requested in said letter, with the consent of Defendants, that the Court order a temporary stay and hold in abeyance the dates set forth in the November 22, 2013 Order (Dkt. #61);

NOW, THEREFORE, IT IS ORDERED THAT discovery is stayed and all discovery and summary judgment deadlines are held in abeyance while the parties finalize the Consent Order.

It is further ORDERED that the parties will report back to the Court on the status of the matter by January 10, 2014, and, as necessary, make further requests.

SO ORDERED.

Dated: December 2, 2013
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge